# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANJIT SINGH GILL,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **AVTAR KAUR,** | : | |
| *Defendant.* | : | No. 21-0999 |

## ORDER

AND NOW, this 30th day of November 2021, upon consideration of Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaims (ECF No. 35), Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 41), and Plaintiff's Reply (ECF No. 47) it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaims (ECF No. 35) is **GRANTED.**

        **BY THE COURT:**

        /s/ *Chad F. Kenney*

        **CHAD F. KENNEY, JUDGE**